UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GAUDENCIO MARQUEZ,

                Plaintiff,        25-cv-729 (JGK)

     - against -               ORDER

GREEN 84 LLC, ET AL.,

                Defendants.

JOHN G. KOELTL, District Judge:

    The parties are directed to submit a Rule 26(f) report by **May 15, 2025.**

SO ORDERED.

Dated:    New York, New York
          April 30, 2025

                                          John G. Koeltl
                                    United States District Judge