UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
GAUDENCIO MARQUEZ,

                Plaintiff,                        No. 1:25 Civ. 00729

     -against-                               **PROPOSED**
                                                   **JUDGMENT**
GREEN 84 LLC d/b/a GREEN KITCHEN, ARI
KASIMIS, and PETER KASIMIS,

                Defendants.
------------------------------------------------------------------X

**WHEREAS**, an Acceptance of Offer of Judgment Pursuant to Fed. R. Civ. P. 68 having been filed by Plaintiff on May 30, 2025; it is

**ORDERED AND ADJUDGED** that judgment is hereby entered in favor of Plaintiff Gaudencio Marquez and against Defendants Green 84 LLC d/b/a Green Kitchen, Ari Kasimis and Peter Kasimis, jointly and severally, in the amount of $105,000, inclusive of attorneys' fees and costs, in full and final resolution of all of Plaintiff's claims in this action.

Dated: New York, New York
June 2, 2025

                                          So Ordered:

                                          /s/ John G. Koeltl
                                          _____
                                          District Judge John G. Koeltl

_____

The Clerk is directed to close this case. SO ORDERED.

Dated June 2, 2025        /s/ John G. Koeltl
New York, New York     John G. Koeltl, U.S.D.J.
_____